# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DONALD TIMOTHY DARDAR, JR.

NO. 2023 KW 0619

**AUGUST 14, 2023**

---

In Re:     Donald Timothy Dardar, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 18-FELY-780915.

---

**BEFORE:     McCLENDON, HESTER, AND MILLER, JJ.**

> **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the original bill of information, the habitual offender bill of information, the commitment order, the transcript of the habitual offender proceedings, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT